UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Sherri L. Coultrup,

                      Plaintiff,

    vs.                          DOCKET NO. 5:09-CV-273-D

The Methodist University, Inc. & Jeffrey A. Zimmerman,

                      Defendants.

## JOINT MOTION FOR ENTRY OF JOINT PROTECTIVE ORDER

Now Come the parties, through counsel, and jointly move that the Court enter the attached Joint Protective Order. In support of this Motion, the parties show the following:

1. The documents and other materials requested, or expected to be requested, in this case include confidential information of a business and individuals.

2. The entry of a Joint Protective Order will expedite the flow of discovery materials, facilitate the prompt resolution of discovery disputes and disputes concerning confidentiality, protect certain materials designated as confidential, and ensure that protection is afforded only to material so designated.

WHEREFORE, the parties jointly request the Court enter the Joint Protective Order that is attached to this Motion.

Respectfully submitted, this the 2nd day of December 2009.

| | |
|---|---|
| **VAN CAMP, MEACHAM, & NEWMAN, P.L.L.C.** | **POYNER SPRUILL LLP** |
| By: /s/ Thomas M. Van Camp<br>Thomas M. Van Camp<br>N.C. State Bar No. 16872<br>Evelyn M. Savage<br>N.C. State. Bar No. 34374<br>Post Office Box 1389<br>Pinehurst, NC 28370<br>Telephone: 910.295.2525<br>Facsimile: 910.295.2001<br>thomasv@vancamplaw.com<br>evelyn@vancamplaw.com<br><br>ATTORNEYS FOR PLAINTIFF<br>SHERRI L. COULTRUP | By: /s/ Kevin M. Ceglowski<br>Susanna Knutson Gibbons<br>N.C. State Bar No. 9815<br>Kevin M. Ceglowski<br>N.C. State Bar No. 35703<br>P.O. Box 1801<br>Raleigh, NC 27602-1801<br>Telephone: 919.783.6400<br>Facsimile: 919.783.1075<br>sgibbons@poynerspruill.com<br>kceglowski@poynerspruill.com<br><br>ATTORNEYS FOR DEFENDANT<br>THE METHODIST UNIVERSITY, INC. |

**BAILEY & DIXON, L.L.P.**

By: /s/ Cathleen M. Plaut
Cathleen M. Plaut
N.C. State Bar No. 13697
Adam N. Olls.
N.C. State Bar No. 38405
Post Office Box 1351
Raleigh, NC 27602
Telephone: 919.828.0731
Facsimile: 919.828.6592
cplaut@bdixon.com
aolls@bdixon.com

ATTORNEYS FOR DEFENDANT
JEFFREY A. ZIMMERMAN

# CERTIFICATE OF SERVICE

I hereby certify that today, I electronically filed the foregoing *Joint Motion for Entry of Joint Protective Order* with the Clerk of Court for the United States District Court for the Eastern District of North Carolina by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

This the 2nd day of December 2009.

POYNER SPRUILL LLP

/s/ Kevin M. Ceglowski
Susanna Knutson Gibbons
N.C. State Bar No. 9815
Kevin M. Ceglowski
N.C. State Bar No. 35703
P.O. Box 1801
Raleigh, NC 27602-1801
Telephone: 919.783.6400
Facsimile: 919.783.1075

**Attorneys for Defendant
The Methodist University, Inc.**