UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Sherri L. Coultrup, | |
| Plaintiff, | |
| vs. | DOCKET NO. 5:09-CV-00273-D |
| The Methodist University, Inc. & Jeffrey A. Zimmerman, | |
| Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now come the parties to this action, by and through their undersigned counsel and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and hereby stipulate that this action and all claims in this action are DISMISSED WITH PREJUDICE.

The parties further stipulate and agree through their respective counsel that they shall bear their own costs and attorneys' fees.

SO STIPULATED:

This the 1st day of June 2010.

| VAN CAMP, MEACHAM, & NEWMAN, P.L.L.C. | POYNER SPRUILL LLP |
|---|---|
| By: /s/ Thomas M. Van Camp<br>Thomas M. Van Camp<br>N.C. State Bar No. 16872<br>Evelyn M. Savage<br>N.C. State. Bar No. 34374<br>Post Office Box 1389<br>Pinehurst, NC 28370<br>Telephone: 910.295.2525<br>Facsimile:  910.295.2001 | By: /s/ Kevin M. Ceglowski<br>Susanna Knutson Gibbons<br>N.C. State Bar No. 9815<br>Kevin M. Ceglowski<br>N.C. State Bar No. 35703<br>P.O. Box 1801<br>Raleigh, NC 27602-1801<br>Telephone: 919.783.6400<br>Facsimile:  919.783.1075 |

| | |
|---|---|
| Email: thomasv@vancamplaw.com<br>evelyn@vancamplaw.com<br>ATTORNEYS FOR PLAINTIFF<br>SHERRI L. COULTRUP | Email: sgibbons@poynerspruill.com<br>kceglowski@poynerspruill.com<br>ATTORNEYS FOR DEFENDANT<br>THE METHODIST UNIVERSITY, INC. |

**BAILEY & DIXON, L.L.P.**

By: /s/ Cathleen M. Plaut
Cathleen M. Plaut
N.C. State Bar No. 13697
Adam N. Olls.
N.C. State Bar No. 38405
Post Office Box 1351
Raleigh, NC 27602
Telephone: 919.828.0731
Facsimile: 919.828.6592
Email: cplaut@bdixon.com
aolls@bdixon.com
ATTORNEYS FOR DEFENDANT
JEFFREY A. ZIMMERMAN

# CERTIFICATE OF SERVICE

I hereby certify that on the 1st of June 2010, I electronically filed the foregoing *Stipulation of Dismissal with Prejudice* with the Clerk of Court for the United States District Court for the Eastern District of North Carolina by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

This the 1st day of June 2010.

**POYNER SPRUILL LLP**

By: /s/ Kevin M. Ceglowski
Susanna Knutson Gibbons
N.C. State Bar No. 9815
Kevin M. Ceglowski
N.C. State Bar No. 35703
P.O. Box 1801
Raleigh, NC 27602-1801
Telephone: 919.783.6400
Facsimile: 919.783.1075
Email: kceglowski@poynerspruill.com
ATTORNEYS FOR DEFENDANT
THE METHODIST UNIVERSITY, INC.